No. 25-12453

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

LAKEISHA EZELL

*Plaintiff-Appellee*

*vs.*

LARRY BAKER,

*Defendant-Appellant.*

Appeal from the United District Court
for the Northern District of Alabama

**APPELLANT LARRY BAKER'S RESPONSE TO THE COURT'S JURISDICTIONAL QUESTION**

William A. Sheehan
Charles Richard Hill, Jr.
W. Jackson Britton
Caitlin E. Cobb
**CAPELL & HOWARD, P.C.**
150 South Perry St
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

*Counsel for Appellant Larry Baker*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, Appellant Larry Baker certifies that the following persons and entities may have an interest in the outcome of this case:

1. Alabama Department of Corrections, *Interested Non-Party*

2. Alabama Division of Risk Management, *Interested Non-Party*

3. Andrews, Terrence (deceased), *Plaintiff's Decedent*

4. Ary, Tonya, *Former Defendant*

5. Axon, Hon. Annemarie Carney, *Presiding United States District Court Judge*

6. Baker, Larry, *Defendant/Appellant*

7. Bowman, Locke E., *Counsel for Plaintiff/Appellee*

8. Britton, William Jackson, *Counsel for Defendant/Appellant Baker*

9. Brooks, Anthony, *Former Defendant*

10. Brown, Ruth Zemel, *Counsel for Plaintiff/Appellee*

11. Butler, La Keisha W., *Former Counsel for Defendants/Appellants the ADOC Officials*

12. Butler Snow LLP, *Counsel for Defendants/Appellants the ADOC Officials*

13. Capell Howard P.C., *Counsel for Defendant/Appellant Baker*

14. Carver, Cynthia, *Former Defendant*

15. Chism, Daniel, *Counsel for Defendants/Appellants the ADOC Officials*

16. Cranford, William J. III, *Counsel for Defendants/Appellants the ADOC Officials*

17. Cobb, Caitlin Elizabeth, *Counsel for Defendant/Appellant Baker*

18. Culliver, Grantt, *Former Defendant*

19. Dagney Johnson Law Group, LLC, *Counsel for Plaintiff/Appellee*

20. Daniels, Charles, *Former Defendant*

21. Dunn, Jefferson, *Defendant/Appellant*

22. Ellington, Edward, *Defendant/Appellant*

23. Estelle, Neketris, *Former Defendant*

24. Ezell, Lakeisha, *Plaintiff/Appellee*

25. Garrett, Eric, *Former Defendant*

26. Givens, Gwendolyn, *Former Defendant*

27. Graham, Carla, *Former Defendant*

28. Hill, C. Richard Jr., *Counsel for Defendant/Appellant Baker*

29. Jones, Karla, *Defendant/Appellant*

30. Loevy & Loevy, *Counsel for Plaintiff/Appellee*

31. Lunsford, William R., *Counsel for Defendants/Appellants the ADOC Officials*

32. Malone, Gary, *Former Defendant*

33. Maynard Nexsen PC, *Former Counsel for Defendants/Appellants the ADOC Officials*

34. Miller, Grayson Douglas, *Former Counsel for Defendants/Appellants the ADOC Officials*

35. Mujumdar, Anil A., *Counsel for Plaintiff/Appellee*

36. Northcutt, Robert F., *Former Counsel for Defendant/Appellant Baker*

37. Office of the Attorney General, State of Alabama, *Counsel for Non-Party Alabama Department of Corrections*

38. Pierce, Megan Colleen, *Counsel for Plaintiff/Appellee*

39. Putman, Ellie, *Former Counsel for Defendants/Appellants the ADOC Officials*

40. Rallins, Quinn, *Counsel for Plaintiff/Appellee*

41. Ray, Phillip Andrew, *Former Counsel for Defendants/Appellants the ADOC Officials*

42. Reeves, Matthew B., *Counsel for Defendants/Appellants the ADOC Officials*

43. Rogers, Stephen C., *Former Counsel for Defendants/Appellants the ADOC Officials*

44. Sanders, Carl, *Former Defendant*

45. Sheehan, William Allen, *Counsel for Defendant/Appellant Baker*

46. Sibley, Steven Shawn, *Counsel for Non-Party Alabama Department of Corrections*

47. Steely, Kenneth S., *Counsel for Defendants/Appellants the ADOC Officials*

48. Tambling, Robert D., *Counsel for Non-Party Alabama Department of Corrections*

49. Walter, James Northcutt Jr., *Former Counsel for Defendant/Appellant Baker*

50. Whatley, Mary Landon, *Former Counsel for Defendants/Appellants the ADOC Officials*

51. White, Kevin, *Former Defendant*

52. Williams, Jeffery, *Former Defendant*

This appeal involves governmental defendants, including current and former officials of the Alabama Department of Corrections, which operates as a

governmental department of the State of Alabama. There are no parent companies, subsidiaries, or affiliate companies that have issued shares to the public.

# TABLE OF CONTENTS

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** ................................................................... **C-2**
**TABLE OF CONTENTS** ................................................................................ **i**
**TABLE OF CITATIONS** .............................................................................. **ii**
**ADOPTION OF RESPONSE** ........................................................................1
**RESPONSE**....................................................................................................1
**CONCLUSION**...............................................................................................2
**CERTIFICATE OF SERVICE** ....................................................................4

# TABLE OF CITATIONS

**Cases**
*C.C. ex rel. Andrews v. Monroe Cnty. Bd. of Educ.*, 299 F. App'x 937 (11th Cir. 2008) ................................................................................................................2

## ADOPTION OF RESPONSE

Appellant Larry Baker ("Baker") adopts all sections and arguments of his co-appellants Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), and Karla Jones ("Jones") (collectively, the "ADOC Officials") Response to the Court's Jurisdictional Question, issued August 19, 2025 (Doc. 22-2) ("Jurisdictional Question"). Specifically, Baker adopts the ADOC Officials' following sections and arguments: Introduction, Relevant Procedural History, Argument and accompanying sub-sections, and Conclusion.

## RESPONSE

All arguments and sections contained in the ADOC Officials' Response to the Court's Jurisdictional Question are applicable to Baker. Therefore, in the interest of efficiency, Baker adopts all sections, arguments, and reasoning set forth in the ADOC Officials' Response.

Both Baker and the ADOC Officials moved for summary judgment asserting the defenses of qualified immunity and Alabama state-agent immunity. The district court denied Baker qualified and state-agent immunity on the same basis that it denied the ADOC Officials' assertion of immunity. Specifically, the district court held that none of the defendants met their initial burdens under either immunity analysis. *See* Doc. 439 at pp. 10-11.

As explained in the ADOC Officials Response (and adopted herein), whether Baker and the ADOC Officials met their initial burdens under the qualified and state-agent immunity analysis constitute questions of law over which this Court possesses interlocutory jurisdiction. *See C.C. ex rel. Andrews v. Monroe Cnty. Bd. of Educ.*, 299 F. App'x 937, 939 (11th Cir. 2008) (finding jurisdiction over interlocutory appeal of denial of qualified and state-agent immunity where lower court held defendants didn't meet initial burden under qualified immunity and acted outside of discretionary authority under state agent immunity analysis).

## **CONCLUSION**

For the reasons stated in the ADOC Officials' Response and adopted herein, this Court possesses jurisdiction over Baker's appeal.

Dated: September 2, 2025

*/s/     W. Jackson Britton*
W. Jackson Britton
W. Allen Sheehan
C. Richard Hill, Jr.
Caitlin E. Cobb
*Counsel for the Larry Baker*

# CERTIFICATES OF COMPLIANCE

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 281 words.

2. This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared using Microsoft Word for Microsoft 365 in size 14 Times New Roman font.

Dated: September 2, 2025

> */s/   W. Jackson Britton*
> W. Jackson Britton
> W. Allen Sheehan
> C. Richard Hill, Jr.
> Caitlin E. Cobb
> *Counsel for Larry Baker*

## **CERTIFICATE OF SERVICE**

On this 2nd day of September, 2025, I electronically filed this Response with the Court via ECF, which will electronically notify all counsel of record.

*/s/ W. Jackson Britton*
W. Jackson Britton

*Counsel for Larry Baker*
